IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF
THE CHALET SERIES IV TRUST,

     Appellant,

     v.

Case No. 5D22-2344
LT Case No. 2017-CA-000176

SUSAN ROXANNE HARKE A/K/A
SUSAN R. HARKE, ROBERT
HARKE A/K/A ROBERT A. HARKE,
DISCOVER BANK, AND FLORIDA
HOUSING FINANCE CORPORATION,

     Appellees.
_____/

Decision filed April 11, 2023

Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Sr., Judge.

Eric M. Levine and Adam G. Schwartz, of
Atlas/Solomon, PLLC, Stuart, for Appellant.

Jack D. Hoogewind, Dade City, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.